| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                                    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | **CASA DE LAS INVESTMENTS, LLC** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-1235501** |
| 4. | **Debtor's address** | **Principal place of business** **1022 W. Avenue J-14** **Lancaster, CA 93534** Number, Street, City, State & ZIP Code  **Los Angeles** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor **CASA DE LAS INVESTMENTS, LLC** _____ Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __5311__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. Check **all** that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☐ No.
- ■ Yes.

| | District | When | Case number |
|---|---|---|---|
| | **Central District Los Angeles Division** | **6/20/20** | **2:20-bk-14830-VZ** |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

| Debtor _____ | | Relationship _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |

Debtor **CASA DE LAS INVESTMENTS, LLC**                                                      Case number (*if known*)
      Name

Debtor  **CASA DE LAS INVESTMENTS, LLC** _____  Case number (*if known*) _____
     Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other<br>**Where is the property?** _____<br>   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>      Contact name _____<br>      Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ■ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000<br>☐ 50-99     ☐ 5001-10,000     ☐ 50,001-100,000<br>☐ 100-199     ☐ 10,001-25,000     ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>■ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000     ■ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |

Debtor  **CASA DE LAS INVESTMENTS, LLC**
Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 1, 2021**
MM / DD / YYYY

X _/s/ Lille Whitehead_
Signature of authorized representative of debtor

**LIlle B. WHitehead**
Printed name

Title  **Managing Member**

**18. Signature of attorney**

X _/s/ James Andrew Hinds, Jr._
Signature of attorney for debtor

Date  **February 1, 2021**
MM / DD / YYYY

**James Andrew Hinds, Jr. 71222**
Printed name

**THE HINDS LAW GROUP**
Firm name

**21257 Hawthorne Boulevard**
**Second Floor**
**Torrance, CA 90503**
Number, Street, City, State & ZIP Code

Contact phone  (310) 316-0500   Email address  jhinds@hindslawgroup.com; rsposato@hindslawgroup.com

**71222 CA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **CASA DE LAS INVESTMENTS, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRIBUTION OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 1, 2021**    x */s/ Lille Whitehead*
                                      Signature of individual signing on behalf of debtor

**LIlle B. WHitehead**
Printed name

**Managing Member    CEO**
Position or relationship to debtor

---

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name: **CASA DE LAS INVESTMENTS, LLC**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Anchor Loans LP**<br>5230 Las Virgenes Road<br>Ste 105<br>Calabasa, CA 09130-2000 | | **10107 England Avenue, Inglewood, CA 90303.**<br>**5-unit apartment building. APN No.: 4030-005-023**<br>**All units are currently rented**<br>**Monthly rent: $9,085.00** | **Contingent**<br>**Disputed** | $902,944.41 | $0.00 | $902,944.41 |
| **FCI Lender Services, Inc.**<br>14, 2014<br>8180 East Kaiser Blvd.<br>Anaheim, CA 92808 | | **1339 West Magnolia Street, Compton, CA 90220.**<br>**Single Family Residence/Rental Property**<br>**Monthly rent is $2,800.00** | **Contingent**<br>**Disputed** | $263,000.00 | $0.00 | $263,000.00 |
| **Internal Revenue Service**<br>P.O. Box 7346<br>Philadelphia, PA 19101 | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | $1,280.00 |
| **Internal Revenue Service**<br>Fresno, CA 93888 | | **Unpaid taxes** | | | | $1,280.00 |
| **Los Angeles Tax Collector**<br>P.O. Box 54027<br>Los Angeles, CA 90054 | | **10107 England Avenue, Inglewood, CA 90303.**<br>**5-unit apartment building. APN No.: 4030-005-023**<br>**All units are currently rented** | | $29,698.98 | $0.00 | $29,698.98 |

Debtor **CASA DE LAS INVESTMENTS, LLC**    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Marino County Tax 200 E. Washington Street Ste. 1360 Indianapolis, IN 46204 | | 2522, 2528, 2540 W. Washington Blvd. and 17 N. Addison Street, Indianapolis, IN 46222. 4 properties with 4 separate addresses (includes 15 units of | | $32,000.00 | $0.00 | $32,000.00 |
| Michael J. Berger, Esq. 9454 Wilshire Blvd., 6th Fl. Beverly Hills, CA 90212 | | | | | | $0.00 |
| Note Servicing Center, Inc. 3275 E. Robertson Blvd. Ste. B Chowchilla, CA 93610 | | 2522, 2528, 2540 W. Washington Blvd. and 17 N. Addison Street, Indianapolis, IN 46222. 4 properties with 4 separate addresses (includes 15 units of | | $200,433.34 | $0.00 | $200,433.34 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **James Andrew Hinds, Jr. 71222**<br>**21257 Hawthorne Boulevard**<br>**Second Floor**<br>**Torrance, CA 90503**<br>**(310) 316-0500 Fax: (310) 792-5977**<br>California State Bar Number: **71222 CA**<br>jhinds@hindslawgroup.com; rsposato@hindslawgroup.com | |
| ☐ *Debtor(s) appearing without an attorney*<br>■ *Attorney for Debtor* | |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**CASA DE LAS INVESTMENTS, LLC**<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __**February 1, 2021**__

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    **F 1007-1.MAILING.LIST.VERIFICATION**

CASA DE LAS INVESTMENTS, LLC
1022 W. Avenue J-14
Lancaster, CA 93534


James Andrew Hinds, Jr.
THE HINDS LAW GROUP
21257 Hawthorne Boulevard
Second Floor
Torrance, CA 90503


Anchor Loans LP
5230 Las Virgenes Road
Ste 105
Calabasa, CA 09130-2000


Anthony Wright
1022 W. Avenue J-14
Lancaster, CA 93534


Arazzatius, LLC
1021 West Avenue J-13
Lancaster, CA 93534


Ashley Edwards
10107 England Ave., #2
Inglewood, CA 90303


Cover Management Group, Inc.
14116 Ocean Gate Ave.
CA 90350


FCI Lender Services, Inc.
14, 2014
8180 East Kaiser Blvd.
Anaheim, CA 92808

```
Fernando Reyes dba Maestro Fidencio
2540 W. Washington Street
Suite 308
Indianapolis, IN 46222


Glenn C. Kelble, Esq.
Sweeney & Kelble
445 S. Figueroa St., Suite 3100
Los Angeles, CA 90071


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Lillie B. Whitehead
1022 W. Avenue J-14
Lancaster, CA 93534


Lillie B. Whithead
1022 W. Avenue J-14
Lancaster, CA 93534


Los Angeles Tax Collector
P.O. Box 54027
Los Angeles, CA 90054


Marino County Tax
200 E. Washington Street
Ste. 1360
Indianapolis, IN 46204


Marion Sams
10107 England Ave., #1
Inglewood, CA 90303
```

Michael J. Berger, Esq.
9454 Wilshire Blvd., 6th Fl.
Beverly Hills, CA 90212


MoBro Investments, LLC
P.O. Box 30414
Indianapolis, IN 46230


Nora Williams
10107 England Ave., #3
Inglewood, CA 90303


Note Servicing Center, Inc.
3275 E. Robertson Blvd.
Ste. B
Chowchilla, CA 93610


Ruddy Andres Velez dba Los Nitidos
2540 W. Washington St., Suite 102
Indianapolis, IN 46222


Seadra White
1022 W. Avenue J-14
Lancaster, CA 93534


Seadra Wright
1022 W. Avenue J-14
Lancaster, CA 93534


Tommy Walker
10107 England Ave., #4
Inglewood, CA 90303

# United States Bankruptcy Court
## Central District of California

In re   **CASA DE LAS INVESTMENTS, LLC**                                         Case No. _____
                                            Debtor(s)                             Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **LIlle B. WHitehead**, declare under penalty of perjury that I am the **Managing Member** of **CASA DE LAS INVESTMENTS, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 30th day of **January**, 20**21**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **LIlle B. WHitehead, Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **LIlle B. WHitehead, Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **LIlle B. WHitehead, Managing Member** of this Corporation is authorized and directed to employ **James Andrew Hinds, Jr.**, and Rachel M. Spasato attorney and the law firm of **THE HINDS LAW GROUP** to represent the corporation in such bankruptcy case."

Date   **January 30, 2021**                               Signed   **/s/ LIlle B. WHitehead**   _(signature)_
                                                                    **LIlle B. WHitehead**

Resolution of Board of Directors
of
**CASA DE LAS INVESTMENTS, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **LIlle B. WHitehead, Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **LIlle B. WHitehead, Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **LIlle B. WHitehead, Managing Member** of this Corporation is authorized and directed to employ **James Andrew Hinds, Jr. 71222 James Andrew Hinds, Jr.**, attorney and the law firm of **THE HINDS LAW GROUP** to represent the corporation in such bankruptcy case.

Date  **January 30, 2021**                              Signed  _/s/ Lillie Whitehead_
                                                                **Lillie Whitehead**

Date  **January 30, 2021**                              Signed  _/s/ Saedra Wright_
                                                                **Saedra Wright**

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **James Andrew Hinds, Jr. 71222 James Andrew Hinds, Jr.**<br>**21257 Hawthorne Boulevard**<br>**Second Floor**<br>**Torrance, CA 90503**<br>**(310) 316-0500 Fax: (310) 792-5977**<br>California State Bar Number: **71222 CA**<br>jhinds@hindslawgroup.com;<br>rsposato@hindslawgroup.com<br><br>¢ Attorney for: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>**CASA DE LAS INVESTMENTS, LLC**<br>Debtor(s),<br><br>Plaintiff(s),<br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __James Andrew Hinds, Jr. 71222 James Andrew Hinds, Jr.__ , the undersigned in the above-captioned case, hereby declare
*(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                          F 1007-4.CORP.OWNERSHIP.STMT

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:
   - § I am the president or other officer or an authorized agent of the Debtor corporation
   - § I am a party to an adversary proceeding
   - § I am a party to a contested matter
   - ¢ I am the attorney for the Debtor corporation

2.a. § The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
   *[For additional names, attach an addendum to this form.]*

   b. ¢ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| **February 1, 2021** <br> Date | By: **/s/ James Andrew Hinds, Jr.** <br> Signature of Debtor, or attorney for Debtor |
| | Name: **James Andrew Hinds, Jr. 71222 James Andrew Hinds, Jr.** <br> Printed name of Debtor, or attorney for Debtor |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                              F 1007-4.CORP.OWNERSHIP.STMT